# Order

Michigan Supreme Court
Lansing, Michigan

October 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156462(91)

TAMARA FILAS,
   Plaintiff-Appellant,

v

DARYLE SALISBURY,
   Defendant-Appellee.

_____/

SC: 156462
COA: 331458
Wayne CC: 15-002158-NM

   On order of the Chief Justice, the motion of plaintiff-appellant to file a reply in excess of the page limitation of MCR 7.305(E) is GRANTED. The 15-page reply submitted on October 25, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2017



Clerk